844

SECOND DEPARTMENT, DECEMBER, 1977

(December 7, 1977)*

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD LAVENDER, Appellant.—Motion by appellant for reargument of his appeal from a judgment of the Supreme Court, Kings County, rendered January 12, 1976. Motion granted, and upon reargument, judgment rendered January 12, 1976 further modified by striking the imposition of the six-month sentence on each of the three misdemeanor counts so that the sentence imposed remaining is a $1,000 fine on each of the three counts. As so modified, judgment affirmed. Latham, J. P., Cohalan, Damiani, Shapiro and Titone, JJ., concur.